LEWIS R. SCHWARTZ, INC., Respondent, *v.* ESTATE OF ADOLPH BRUSSEL, INC., Appellant.

(Argued October 18, 1933; decided November 21, 1933.)

*Alexander Pfeiffer* for appellant.

*Mortimer S. Gordon, Jacob Gordon* and *Milton W. Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: LEHMAN, J.